OSCAR HYBARGER v. STATE.
No. A-1298. Opinion Filed July 10, 1912.
Appeal from Garvin County Court;
W. B. M. Mitchell, Judge.

Oscar Hybarger was convicted of violating the prohibitory law, and appeals. Affirmed.

J. S. Garrison and Thompson & Patterson, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted at the April, 1911, term of the county court of Garvin county on a charge of unlawfully conveying intoxicating liquor from one place within Garvin county to another place therein, and was adjudged to pay a fine of fifty dollars and be confined in the county jail for a term of thirty days. Upon a careful examination of the record we find no error sufficient to justify a reversal of this judgment. It is therefore affirmed.